THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YI JUN CHEN,<br><br>　　　　Defendant. | CASE NO. CR20-0171-JCC-3<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on Defendant's motion to withdraw and substitute counsel (Dkt. No. 68). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. David Reiner Hammerstad may withdraw and Michael Austin Stewart may act as new counsel for Defendant.

　　　DATED this 6th day of November 2020.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR20-0171-JCC-3
PAGE - 1