THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>YI JUN CHEN,<br><br>                Defendant. | CASE NO. CR20-0171-JCC<br><br>ORDER |

      This matter comes before the Court on Defendant's unopposed motion to proceed with a change of plea hearing by video or telephonic conference (Dkt. No. 119). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

      Defendant is on appearance bond while caring for his mother in Chicago, who is undergoing treatment for terminal cancer. (*Id.* at 2.) He has reached a plea agreement and wishes to enter a plea as soon as possible to resolve the manner in a timely fashion. (*Id.* at 3.) However, if Defendant were to travel to Seattle at this time for a change of plea hearing, he would increase the risk of exposing himself and his ailing mother to the COVID-19 virus, including the Delta variant. (*Id.* at 2–3.) Defendant asks that the plea hearing be held remotely, so that he need not delay the hearing while continuing to care for his mother. (*Id.*) Given the circumstances, delaying Defendant's plea hearing until he can safely travel to Seattle to be held in-person would

ORDER
CR20-0171-JCC
PAGE - 1

1  cause serious harm to the interests of justice. *See* W.D. Wash. General Orders 04-20, 09-20, 14-
2  20, 17-20, 06-21, 09-21.
3         The Court GRANTS Defendant's motion to proceed with a change of plea hearing by
4  video conference (Dkt. No. 119) and ORDERS that his plea hearing be scheduled before a
5  Magistrate Judge as soon as practicable and be conducted by video conference.

7         DATED this 20th day of August 2021.

         John C. Coughenour
         UNITED STATES DISTRICT JUDGE