JUDGE COUGHENOUR

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | NO. CR 20-171 JCC |
| vs. | ORDER |
| YI JUN CHEN, | |
| Defendants. | |

This matter comes before the Court on Defendant's unopposed motion to extend the date by which he must report to begin serving his prison sentence until the end of July, 2022. Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained in the motion. Mr. Chen's date to report to the Federal Bureau of Prisons custody be extended August 1, 2022.

So ORDERED this 24th day of June 2022.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

-1-

**MOTION TO EXTEND REPORTING DATE**
(United States v. Chen CR20-171 JCC)

Peter A. Camiel
**Camiel & Chaney P.S.**
2815 Elliott Ave, Suite 100
Seattle, Washington 98121
Tel. 206.636-1725
e-mail: petercamiel@yahoo.com